Case 2:22-cr-00145-ECM-SMD   Document 139   Filed 07/12/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Fidelia Barrera Villanueva | Case No: 2:22cr145-ECM<br>USM No: 09797-510 |
| Date of Original Judgment: 08/11/2023<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Cecilia Vaca<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months is reduced to _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant completed her sentence on May 9, 2024, through a First Step Act good time release. She was released to an ICE detainer and is currently going through deportation proceedings. The court is prohibited from entering a reduced term of imprisonment that is less than the term of imprisonment the defendant has already served. USSG §1B1.10(b)(2)(C).

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 07/12/2024                      /s/ Emily C. Marks
                                           *Judge's signature*

Effective Date: _____                     Emily C. Marks, Chief United States District Judge
*(if different from order date)*            *Printed name and title*